UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

---

**Plaintiff(s): Nicholas Woodall**

County of Residence: Maricopa

County Where Claim For Relief Arose: Maricopa

**Defendant(s): Phoenix Police Department ; Richard Sias , Badge No. 9576**

County of Residence: Maricopa

Plaintiff's Atty(s):

Defendant's Atty(s):

**Victoria Torrilhon , Assistant City Attorney**
**Office of the Phoenix City Attorney**
**200 W. Washington Street, Suite 1300**
**Phoenix , Arizona 85003**
**6022626761**

---

**REMOVAL FROM MARICOPA COUNTY, CASE #CV2021-051387**

II. Basis of Jurisdiction:    3. Federal Question (U.S. not a party)

III. Citizenship of Principal Parties **(Diversity Cases Only)**

    Plaintiff:- 1 Citizen of This State
    Defendant:- 4 AZ corp or Principal place of Bus. in AZ

IV. Origin :    2. Removed From State Court

V. Nature of Suit:    440 Other Civil Rights

VI. Cause of Action:    42 U.S.C. §§ 1983, 1985, and 1988

VII. Requested in Complaint
    Class Action: **No**
    Dollar Demand: **19,000.00**
    Jury Demand: **Yes**

VIII. This case **is not related** to another case.

**Signature:** /s/ Victoria Torrilhon

**Date:** 6/2/2021

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

**Revised: 01/2014**