**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nicholas Woodall, | No. CV-21-00962-PHX-GMS |
| Plaintiff, | **ORDER** |
| v. | |
| Phoenix Police Department, et al., | |
| Defendants. | |

Pending before the Court is Plaintiff's Emergency Motion for Clarification (Doc. 248). The Court responds as follows:

**Answer to Question # 1:** Neither the stay entered in Doc. 228, nor any other stay is any longer in effect. Giving the Plaintiff the benefit of the doubt regarding any possible confusion that may result from the Court's previous orders, the Plaintiff has thirty days from the date of this order to file his Response to Defendants' Motion for Summary Judgment (Doc. 221).

**Answer to Questions 2-4:** Absent meritorious motions filed by any party, the Court does not contemplate entering any orders on its own motion resulting from Defendants' avowal that they do not have in their control training materials on which they profess to rely in defense to Plaintiff's claims. Nevertheless, should this matter proceed to trial, no party will be able to introduce documents requested though not provided by another party. The Court will defer the question of to what extent, if any, it shall restrain the Defendants

1 | from discussing training on undisclosed but requested materials at trial.

2 | Dated this 21st day of March, 2025.

_G. Murray Snow_
G. Murray Snow
Senior United States District Judge